No. 82–573. SOUTH CAROLINA STATE CONFERENCE OF BRANCHES OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., ET AL. *v.* RILEY, GOVERNOR OF SOUTH CAROLINA, ET AL. Appeal from D. C. S. C. dismissed for want of jurisdiction.

No. 82–576. PIERCE ET UX. *v.* BIERER ET AL. Appeal from Sup. Ct. Del. dismissed for want of substantial federal question.

JUSTICE WHITE, dissenting.

I would note probable jurisdiction. The reasons for doing so which I stated in dissent from dismissal in *Hill* v. *Garner*, 434 U. S. 989 (1977), are more telling now than they were then.